UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ERNESTO CABRERA,<br><br>       Plaintiff,<br><br>   v.<br><br>ELISEO RAMERIZ,<br><br>       Defendant. | Case No.: 1:15-cv-00067 - AWI - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS REMANDING THE MATTER TO KERN COUNTY SUPERIOR COURT FOR LACK OF JURISDICTION |

    Mario Ernesto Cabrera seeks the removal of the unlawful detainer action initiated by Eliseo Ramirez in Kern County Superior Court, Case No. S-1500-CL-284158. (Doc. 1.) Although Cabrera identifies himself as the plaintiff in the removing documents, he is the defendant named in the complaint filed in Case No. S-1500-CL-284158.[1]  Because an action for unlawful detainer arises under California law, the Magistrate Judge found the Court lacks subject matter jurisdiction over the complaint. Accordingly, the Magistrate Judge recommended the action be remanded to Kern County Superior Court on January 21, 2015. (Doc. 4.)

---

[1] The Court may take notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); United States v. Bernal-Obeso, 989 F.2d 331, 333 (9th Cir. 1993). The accuracy of the Court's records cannot reasonably be questioned, and judicial notice may be taken of court records. *Mullis v. United States Bank. Ct.*, 828 F.2d 1385, 1388 n.9 (9th Cir. 1987); Valerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n.1 (N.D. Cal. 1978), *aff'd* 645 F.2d 699 (9th Cir. 1981); see also Colonial Penn Ins. Co. v. Coil, 887 F.2d 1236, 1239 (4th Cir. 1989); Rodic v. Thistledown Racing Club, Inc., 615 F.2d 736, 738 (6th Cir. 1980). Therefore, judicial notice is taken of the docket and complaint filed in Case No. S-1500-CL-284158.

Plaintiff was granted fourteen days from the date of service, or until February 4, 2015, to file any objections to the recommendation of the Magistrate Judge. (Doc. 4 at 3-4.) Plaintiff was "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Id. at 4, citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)). However, no objections have been filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed January 21, 2015 (Doc. 4) are **ADOPTED IN FULL**;
2. The matter is **REMANDED** to the Superior Court of Kern County; and
3. The Clerk of Court is DIRECTED to close the action, because this Order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated:   February 10, 2015

SENIOR  DISTRICT  JUDGE